PETER McLAUGHLIN, RESPONDENT, v. HAHNE & COMPANY, APPELLANT.

Submitted February 16, 1934—Decided May 4, 1934.

For the appellant, *Cohen & Kline.*

For the respondent, *Herman M. Wilson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, LLOYD, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.